IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES T. SMITH | * |
|     Plaintiff | * |
| v. | *    Case No.: AMD 00 CV 678 |
| MICHAEL J. SMITH | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*

## LINE

MR. CLERK:

Please enter the appearance of Alan L. Fishbein and Fishbein & Fishbein, P.A. as attorneys for the Plaintiff Charles T. Smith and please strike the appearance of Robert C. Brown as attorney for the Plaintiff Charles T. Smith in the above-captioned matter.

*(signature)*
Alan L. Fishbein, #00909
Fishbein & Fishbein, P.A.
8156 Main Street, P. O. Box One
Ellicott City, Maryland 21041-0001
(410) 461-3500
Attorney for Plaintiff Charles T. Smith

APPROVED
*(signature)*
3/30/2000

*(signature)*
Robert C. Brown
8357 Main Street
Ellicott City, Maryland 21043
(410) 465-1920

LAW OFFICES
FISHBEIN & FISHBEIN
P. A.
8156 MAIN STREET
P. O. BOX ONE
ELLICOTT CITY, MD 21041-0001
(410) 461-3500
BALTIMORE
(301) 621-5011
WASHINGTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 29 day of March, 2000 that a copy of the aforegoing Line was mailed, postage prepaid, to Mark C. Kopek, Esquire, Whiteford, Taylor & Preston, LLP, Seven Saint Paul Street, Baltimore MD 21202 attorney for the Defendant Michael J. Smith.

_____
Alan L. Fishbein