IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES T. SMITH,
    Plaintiff

v.                               CIVIL NO. AMD 00-678

MICHAEL J. SMITH,
    Defendant

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 31st day of March, 2000, by the United States District Court for the District of Maryland, ORDERED

(1) That the Defendant's Motion for Summary Judgment IS GRANTED; and it is further ORDERED

(2) That THIS CASE IS DISMISSED WITH PREJUDICE, PROVIDED, HOWEVER, THAT THE DISMISSAL SHALL BE WITHOUT PREJUDICE AS TO ANY EQUITABLE CLAIM FOR AN ACCOUNTING; and it is further ORDERED

(3) That the Clerk of the Court shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

_____
ANDRE M. DAVIS
United States District Judge