IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES T. SMITH,<br>   Plaintiff | :<br>:<br>: |
| v. | :   CIVIL NO. AMD 00-678 |
| | : |
| MICHAEL J. SMITH,<br>   Defendant | :<br>: |

...o0o...

## ORDER

The motion for sanctions filed by defendant and plaintiff's response have been read and considered. The motion is DENIED this 13th day of April, 2000, by the United States District Court for the District of Maryland.

The Clerk of the Court shall TRANSMIT a copy of this Order to the attorneys of record.

_____
ANDRE M. DAVIS
United States District Judge