IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES T. SMITH,
   Plaintiff

v.                              CIVIL NO. AMD 00-678

MICHAEL J. SMITH,
   Defendant

...o0o...

ORDER

In accordance with the foregoing Memorandum, it is this 31st day of May, 2000, by the United States District Court for the District of Maryland, ORDERED

(1) That the Plaintiff's Motions for Reconsideration and For Leave to File Amended Complaint are DENIED; and it is further ORDERED

(2) That the Clerk of the Court shall TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

                                                ANDRE M. DAVIS
                                                United States District Judge